IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DEBORAH L. LEGGETT**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:05-CV-1959-L** |
| | § | |
| **AMERICA'S SERVICING CO., et al.**, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This is a breach of contract and wrongful foreclosure action brought under the Real Estate

Settlement Procedures Act ("RESPA"), the Truth in Lending Act ("TILA"), the Fair Debt Collection

Practices Act ("FDCPA"), the Texas Deceptive Trade Practices Act ("DTPA"), and the Texas Debt

Collection Act ("TDCA"). Pursuant to an order of reference dated May 30, 2007, Defendant MHI

Partnership, Ltd's Motion to Compel Arbitration and Stay Proceedings was referred to United States

Magistrate Judge Wm. F. Sanderson, Jr., for findings and recommendation. The Findings,

Conclusions and Recommendation of the United States Magistrate Judge were filed August 1, 2007.

No objections have been filed.

The magistrate judge recommended that the court grant Defendant MHI's motion to compel

arbitration, and further recommended that, as requested by Defendant, the claims against MHI

should be stayed pending arbitration. Having reviewed the pleadings, file and record in this case,

and the findings and conclusions of the magistrate judge, the court **determines** that they are correct

and therefore **accepts** the findings, conclusions and recommendation of the magistrate judge.

Accordingly, the court **grants** MHI's Motion to Compel Arbitration and Stay Proceedings. Plaintiff

and Defendant MHI are hereby **directed** to arbitrate Plaintiff's claims against MHI in accordance with the Residential Earnest Money Contract. The court therefore **stays** Plaintiff's claims of breach of contract, wrongful foreclosure, TILA, DTPA, FDCPA, TDCA, RESPA, and injunctive relief against Defendant MHI. Plaintiff's claims against the other Defendants will proceed.

**It is so ordered** this 22nd day of August, 2007.


Sam A. Lindsay
United States District Judge